JOHN HAUFF, as Administrator of the Estate of HAROLD HAUFF, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued April 16, 1940; decided May 21, 1940.

*Charles S. Wilcox* for appellant.

*Arthur B. Curran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.